■ The People of the State of New York, Respondent, v Luis Rivera, Appellant.—Judgment, Supreme Court, Bronx County, rendered on November 5, 1975, unanimously affirmed. It is clear that the sentence imposed was

a minimum of 4 years and a maximum of 12 years. Concur—Markewich, J. P., Kupferman, Lupiano, Capozzoli and Lane, JJ.